UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SANCHEZ, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>HEARST COMMUNICATIONS, INC.,<br><br>           Defendant. | Case No.  20-cv-05147-VC<br><br>**ORDER RE HEARING ON PRELIMINARY APPROVAL**<br><br>Re: Dkt. No. 114 |

It appears that the following aspects of the Settlement Agreement, Revised Notice, and Proposed Order do not comply with the Court's standing order:

- The Settlement Agreement and Revised Notice do not explicitly state that class members are releasing claims based only on the identical factual predicate.

- The Settlement Agreement and Proposed Order include an injunction enjoining litigation regarding the released claims pending final approval.

- The Settlement Agreement, Revised Notice, and Proposed Order do not make clear that an objector may appear in court to object to the settlement without filing a written objection upon a showing of good cause.

- The Settlement Agreement does not include a provision for redistributing unclaimed funds to class members who claimed their share.

Counsel should either re-file documents that cure these problems or come prepared to the hearing to discuss why the current documents are adequate. Any revised documents are due by 4:30pm on November 16, 2022.

      //

2

**IT IS SO ORDERED.**

Dated: November 15, 2022

_____

VINCE CHHABRIA
United States District Judge