Robert W. Ottinger (SBN 156825)
robert@ottingerlaw.com
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94105
Telephone: (415) 262-0096
Facsimile: (212) 571-0505

*Attorney for Plaintiffs, Proposed Class Members, and Aggrieved Employees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PABLO SANCHEZ and VIOLET ALVAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEARST COMMUNICATIONS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 3:20-cv-05147-VC<br><br>**DECLARATION OF ROBERT OTTINGER IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS** |

I, Robert Ottinger, declare as follows:

1. I am an attorney duly licensed to practice law before all courts of the State of California. I am the founder of The Ottinger Firm, P.C., co-counsel and attorneys of record for Plaintiffs Pablo Sanchez and Violet Alvarez. The facts set forth in this declaration are within my personal knowledge or based on information and belief and, if called as a witness, I could and would competently testify thereto.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiffs' claims on behalf of the Settlement Class.

3. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify. I make this declaration in support of the Motion for Award of Attorneys' Fees, Costs, and Service Awards.

**My Background and Experience**

4. I graduated from Loyola Law School and received my Juris Doctor in June 1991. I received a B.A. degree from East Stroudsburg University in 1986. I have over 20 years of legal practice experience since graduating from law school in 1991.

5. I was admitted to practice in California in December 1991, and in New York in 1996. I began my career by clerking for Judge Robert M. Mallano of the California Superior Court in Los Angeles, California from December 1991 to 1993 and, from 1993 to 1995, working as a Deputy Attorney General for the California Department of Justice where I handled criminal appeals and trials. From 1995 to 1997, I worked as an Assistant Attorney General at the New York State Attorney General's Office where I handled employment and civil rights matters in federal court, including serving as lead trial counsel in over twelve federal jury trials involving civil rights and employment discrimination matters. I worked from 1997 through 1999 as an associate at the firm of Dienst & Serrins where I managed the firm's employment practice, represented plaintiffs in a wide range of employment matters, and served as lead trial counsel in 3 federal jury trials.

6. I started the Ottinger Firm in 1999. At the Ottinger Firm, I served as lead counsel in over two hundred employment cases involving a wide range of legal claims, a role in which I

continue to engage. I have handled Fair Labor Standards Act cases since 2008. The Ottinger Firm, in addition to this case, has handled numerous class actions involving wage and hour claims. The Ottinger Firm has represented or continues to represent Plaintiffs in, among others, the following class and/or collective actions and putative class and/or PAGA actions:

*a.* *Spencer v. Bargain Land*, 10-CV-957 (E.D.N.Y)

*b.* *Mas v. Cumulus Media Inc.*, 10-CV-01396 (N.D. Cal)

*c.* *Fouathia v. Gurwitch Products*, 10-CV-6411(S.D.N.Y)

*d.* *Me Gomez v. Bloomberg Technology, Inc.*, 10-CV-6412 (S.D.N.Y)

*e.* *Bardouille v. Goldman Sachs & Co.*, 10-CV-6412 (S.D.N.Y.)

*f.* *Ellis v. Ben's Asphalt, et al.*, 30-2009-00329394 (Cal. Orange Co. Sup. Court )

*g.* *Parnell v. Kroll On Track, Inc.*, 11-CV-0473 (S.D.N.Y)

*h.* *Landin v. UBS*, 10-CV-711 (S.D.N.Y)

*i.* *Mas v. Cumulus Media Partners*, 10-CV-1396 (N.D. Cal.)

*j.* *Martinez v. Forest Laboratories*, 10-CV-06032 (S.D.N.Y)

*k.* *Orgill v. Ingersoll-Rand Company*, 101142-2010 (S.D.N.Y)

*l.* *Staley v. Lifetouch, Inc.*, 10-CV-3464 (N.D. Cal)

*m.* *Dorn v. Eddington Security, Inc.*, 08-CV-10271 (S.D.N.Y)

*n.* *Olivia v. Executive Cellular Phones, Inc.*, 11-CV-3994 (S.D.N.Y)

*o.* *Vosilla v. Novo Nordisk, Inc.*, 11-CV-3744 (E.D.N.Y)

*p.* *Chisholm v. Sanofi-Aventis U.S. LLC*, 11-CV-7758 (S.D.N.Y)

*q.* *McKenzie v. Schulte Roth & Zabel, LLP*, 11-CV-3991 (S.D.N.Y)

*r.* *Cruz v. Shiseido Americas, Inc.*, 11-CV-6622 (S.D.N.Y)

*s.* *Doyle v. MapMyFitness*, 11-CV-05879 (D.N.J)

*t.* *Butt v. Megabus Northeast, LLC*, 11-CV-3993 (S.D.N.Y)

*u.* *Gomez v. Gravitas Technology, Inc.*, 10-CV-6412 (S.D.N.Y)

*v.* *Szu v. TGI Friday's, Inc.*, 12-CV-2707 (E.D.N.Y)

*w.* *Keller v. Axa Equitable Life Insurance Company*, 12-CV-4565 (S.D.N.Y)

x. *Lebron v. Apple-Metro, Inc.*, 12-CV-1870 (S.D.N.Y)

y. *Dalton v. Gem Financial Services, Inc.*, 15-CV-05636 (E.D.N.Y)

z. *Steuart, et al. v. Squaw Valley Resort, LLC, et al.*, No. 21UCM49 (Mono County Sup. Ct. 2022) (PAGA settlement approved by Court)

aa. *Ortiz v. California Cemetery and Funeral Services LLC*, No. 18-cv-331774 (Santa Clara County Sup. Ct. 2022) (PAGA settlement approved by Court)

bb. *Simmons, et al. v. Joe and the Juice LA, LLC*, No. CGC-18-568645 (San Francisco County Sup. Ct.)

cc. Rovner Construction Wage and Hour Cases, No. JCCP 5141 (Los Angeles County Sup. Ct.)

dd. *Sanchez, et al. v. Hearst Communications, Inc.*, No. 20-cv-5147 (N.D. Cal.)

7. Among these cases, The Ottinger Firm has been appointed as class counsel in *Barouille v. Goldman Sachs & Co.*, 10-CV-4285, (S.D.N.Y); *Mas v. Cumulus Media Partners,* 10-CV-1396 (N.D. Cal); *Landin v. UBS*, 10-CV-711, (S.D.N.Y); *Martinez v. Forest Laboratories*, 10-CV-06032, (S.D.N.Y); *Orgill v. Ingersoll-Rand Company*, 101142/2010, (S.D.N.Y); *Butt v. Megabus Northeast, LLC*, 11-CV-3993, (S.D.N.Y); *Gomez v. Gravitas Technology, Inc.*, 10-CV-6412, (S.D.N.Y); *Fouathia v. Gurwitch Products*, 10-CV-6411, (S.D.N.Y); *McKenzie v. Schulte Roth & Zabel, LLP*, 11-CV-3991, (S.D.N.Y); *Dorn v. Eddington Security*, 08-CV-10271, (S.D.N.Y), (co-counsel with Outten & Golden LLP); and *Lebron v. Apple-Metro, Inc.*, 12-CV-1411, (S.D.N.Y).

8. Finn Dusenbery has been an associate at The Ottinger Firm, P.C., since around December 2019, and has more than nine years of employment law experience. Previously, he worked for two employment law firms that primarily litigate wage and hour cases, including one firm that focuses almost exclusively on class/collective wage and hour litigation and brings national FLSA collective actions. Before then, Mr. Dusenbery worked as a solo practitioner litigating both individual and class/collective wage and hour cases and handled all aspects of litigation. Mr. Dusenbery graduated from Columbia University in 2008, where he won the Bunner Prize for the

best senior thesis on American literature. Subsequently, he was awarded the highest scholarship at Brooklyn Law School and graduated in 2012. During law school, Mr. Dusenbery was an intern for a U.S. Magistrate Judge in the Eastern District of New York.

9. Andrew Mailhot was an associate with The Ottinger Firm, P.C. until late 2021. Mr. Mailhot has extensive litigation experience, including general commercial, antitrust, intellectual property, and employment law. Mr. Mailhot's employment litigation experience has included large-scale wage and hour class action and PAGA litigation. Mr. Mailhot has successfully represented clients in California state and federal courts, both at the trial and appellate level, as well as in binding arbitrations. Mr. Mailhot formerly served as a federal district court clerk in the Eastern District of California and taught legal research and writing as a professor at Florida International University's school of law. Mr. Mailhot has a B.A. from University of California, Davis and a J.D., *cum laude*, from University of Michigan Law School.

10. Zarrina Ozari was an associate with The Ottinger Firm, P.C., from April 2021 to September 2021. While at The Ottinger Firm, Ms. Ozari represented plaintiffs in class action and single plaintiff employment discrimination actions in federal and state courts in California and New York. Previously, Ms. Ozari was an associate with Shegerian & Associates, Inc., where she also represented plaintiffs in both federal and New York state courts in employment discrimination disputes. In 2010, Ms. Ozari earned her Bachelors of Laws from Russian-Tajik University and later earned her L.L.M. from George Washington School of Law in 2017.

11. Brian Walker has been an associate with The Ottinger Firm since late 2021. Mr. Walker is an experienced litigator and represents plaintiffs in all facets of employment law. Previously, Mr. Walker worked for several boutique law firms focusing on construction law and related employment regulations, later serving as in-house counsel for a large construction and infrastructure firm. Mr. Walker has experience in employment law, multidisciplinary disputes, mediation, trial, and arbitration. In 2008, Mr. Walker earned his Bachelor of Arts in Literary Journalism from U.C. Irvine, and later earned his J.D. from Boston University School of Law in 2011.

12. Jolen Medwid is a paralegal at The Ottinger Firm, P.C. Ms. Medwid has over sixteen years of experience as a paralegal in various areas of law, with a primary focus on employment law over the last nine years. Ms. Medwid has assisted with arbitrations, wage and hour class actions, discrimination/harassment/retaliation lawsuits, negotiations of various employment agreements, charges filed with the EEOC and/or other state agencies, and National Labor Relations Act charges and union grievances. In 2001, Ms. Medwid graduated from Northeastern University with a bachelor's degree in Criminal Justice and earned her Paralegal Certificate in 2004 from University of North Carolina, Wilmington.

13. Tim Hansen is a paralegal at The Ottinger Firm, P.C. Mr. Hansen has over six years of experience spanning across multiple practice areas including family law, intellectual property, personal injury, and employment law. In 2018, Mr. Hansen graduated from Regent University, *magna cum laude*, with a bachelor's degree in Paralegal Studies. Mr. Hansen has worked as a paralegal focusing on employment law related matters for over one year.

14. Jacqueline Graves was a paralegal at the Ottinger Firm, P.C. Ms. Graves graduated from the University of California, Davis in 2020 with a 3.89 GPA. At UC Davis, she earned Phi Beta Kappa Honors and played on the Division 1 Indoor and Beach Volleyball teams. Ms. Graves worked as a paralegal focusing on employment law related matters for one year. She is currently attending Emory University School of Law.

**Cy Pres Beneficiary**

15. I have no interest in or affiliation with the *cy pres* beneficiary, East Bay Community Law Center. No member of my firm has an interest in or is affiliated with the *cy pres* beneficiary.

**The Settlement**

16. Based on my experience litigating wage and hour class actions and my knowledge of settlements and verdicts in other similar cases, I believe that the proposed Settlement represents an appropriate monetary result for the Settlement Class, particularly in light of the risks of continued litigation.

**Hourly Rate, Lodestar, and Litigation Costs**

17. The total number of hours each timekeeper at my firm has expended on this case is as follows:

| **Name** | **Position** | **Hours** | **Rate** | **Lodestar** |
|---|---|---|---|---|
| Robert Ottinger | Managing Attorney | 63 | $850.00 | $50,400.00 |
| Finn Dusenbery | Associate Attorney | 522.8 | $750.00 | $392,100.00 |
| Andrew Mailhot | Associate Attorney | 486.2 | $800.00 | $388,960.00 |
| Zarrina Ozari | Associate Attorney | 17.2 | $550.00 | $9,460.00 |
| Brian Walker | Associate Attorney | 29.5 | $550.00 | $16,225.00 |
| Jacqueline Graves | Paralegal | 101.3 | $250.00 | $25,325.00 |
| Jolen Medwid | Paralegal | 115.1 | $250.00 | $28,775.00 |
| Tim Hansen | Paralegal | 19.2 | $250.00 | $4,800.00 |
| Mary Slattery | Paralegal | 49.4 | $250.00 | $12,350.00 |
| Anjali Ottinger | Paralegal | 10.1 | $250.00 | $2,525.00 |
| Daniel Galindo | Paralegal | 16.2 | $250.00 | $4,050.00 |
| Rebecca Beninati | Paralegal | 42.3 | $250.00 | $10,575.00 |
| **TOTAL** | | **1,472.3 hours** | | **$945,545.00** |

18. The Ottinger Firm, P.C., incurred the following costs in litigating this case:

| **Description of cost** | **Total costs** |
|---|---|
| Initial filing fee for complaint | $400.00 |
| Case docket search and document download fees | $79.25 |
| PAGA filing fee | $75.00 |
| Motion to Appear pro hac vice (Finn Dusenbery) | $310.00 |
| Mediation fee with Mark Rudy | $10,017.00 |
| Transcript services from Carla Gillespie | $623.05 |
| Original and 1 certified copy of transcript of Jeffrey Lawson | $3,363.05 |
| Transcript serves for Jose Farias | $332.90 |
| Veritex transcript fee for Alberto Garcia | $1,532.75 |
| Veritex transcript fee for Flordeliz Abad | $775.85 |

| | |
|---|---|
| Veritex transcript fee for Pablo Sanchez | $749.20 |
| Transcript services | $756.35 |
| Postage | $781.27 |
| | **Total: $19,794.82** |

19. I believe our firm's hourly rates are justified in light of the experience of our attorneys and staff and the excellent results we have achieved in the past, as detailed above.

20. Class Counsel's rates are consistent with the market for attorneys with comparable experience in this District. Further, Class Counsel's rates are reasonable compared to attorneys with comparable experience in this District.

21. My firm has not received any attorneys' fees to date in this matter, as we have been representing Plaintiffs and the Class entirely on a contingency basis. I believe this to be an important consideration as the Court assesses our lodestar and the total attorneys' fees to be awarded to Class Counsel.

22. My firm's previous experience in litigating wage and hour class actions also supports the reasonableness of the fee request, as does the caliber of opposing counsel. Our experience in similar matters was integral in evaluating the strengths and weaknesses of the case and the reasonableness of the Settlement.

23. During the litigation, Class Counsel conducted extensive discovery, including many discovery disputes and review of tens of thousands of pages of documents and data relevant to the claims, conducted extensive legal and factual research, including interviews with Plaintiffs and declarants, and defended eight depositions of Plaintiffs and Class Member declarants, and took the deposition of Hearst's 30(b)(6) corporate witness.

24. My firm has incurred an aggregate of $19,794.82 in unreimbursed costs and expenses thus far in prosecuting this case. Attached as **Exhibit 1** is a summary of our firm's costs and expenses to date. I have reviewed the costs and expenses and believe all of them were reasonable and necessary to investigate, litigate, and resolve this case.

25. Class Counsel eliminated any hours billed by time-keepers who worked on the case for fewer than five (5) hours, which resulted in reductions that eliminated approximately $4,120.00

in fees. Wherever possible, Class Counsel also assigned work to the lowest billing attorney capable of doing the work.

26. Further, our billing records are maintained contemporaneously, and Class Counsel has exercised billing judgment with respect to their time records.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on this 10th day of March 2023 at San Francisco, California.

ROBERT OTTINGER