Jahan C. Sagafi (SBN 224887)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Tel: (415) 638-8800
Fax: (415) 638-8810
E-mail: jsagafi@outtengolden.com

Theanne Liu (admitted *pro hac vice*)
OUTTEN & GOLDEN LLP
685 Third Avenue, 25th Floor
New York, NY 10017
Tel: (212) 245-1000
Fax: (646) 509-2060
E-mail: tliu@outtengolden.com

Robert Ottinger (SBN 156825)
Finn Dusenbery (admitted *pro hac vice*)
THE OTTINGER FIRM, P.C.
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
E-mail: robert@ottingerlaw.com
E-mail: finn@ottingerlaw.com

*Attorneys for Plaintiffs, the Class, and Aggrieved Employees*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO SANCHEZ, and VIOLET ALVAREZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEARST COMMUNICATIONS, INC., and DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 3:20-cv-05147-VC<br><br>**REVISED [PROPOSED] JUDGMENT RE: FINAL APPROVAL OF SETTLEMENT**<br><br>Hearing Date:   April 20, 2023<br>Time:           10:00 A.M.<br>Courtroom:      4 – 17th Floor<br>Judge:          The Honorable Vince Chhabria |

1

## [PROPOSED] JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Definitions**. This Judgment incorporates by reference the definitions in the Joint Stipulation of Class Action and PAGA Settlement and Release of Claims ("Settlement Agreement" or "Agreement") dated December 1, 2022. All capitalized terms used, but not defined herein, shall have the same meanings as in the Agreement.

2. **Jurisdiction**. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members and Aggrieved Individuals, and venue in this Court is proper.

3. **Dismissal with Prejudice.** Final Judgment is hereby entered with respect to the Released Claims of all Settlement Class Members, Class Representatives, and Aggrieved Individuals – and each of their respective executors, administrators, representatives, agents, heirs, successors, assigns, trustees, spouses, or guardians – and the Released Claims in the Action are hereby dismissed in their entirety with prejudice with each side to bear its own costs and attorneys' fees, except as provided by the Settlement and the Court's orders. Nothing herein is intended to waive or prejudice the rights of individuals who have timely excluded themselves.

4. **Entry of Final Judgment.** Entry by the Clerk of the Court of this Order and Final Judgment is hereby directed.

**IT IS SO ORDERED.**

DATED: April 25, 2023

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE